**<u>EXHIBIT 1:</u>** SCREENGRAB OF VIDEO

