**EXHIBIT 2:** INFRINGEMENT #1

URL: https://www.instagram.com/p/C9AbsMBJ_bw/?img_index=1



**EXHIBIT 2:** INFRINGEMENT #2

URL: https://www.instagram.com/p/C9AbsMBJ_bw/?img_index=2

