UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL WEATHER PRODUCTIONS LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>FUBU RADIO INC.,<br><br>       Defendant. | No. 25-CV-2777 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  An initial conference in this matter was previously scheduled for June 13, 2025. Defendant has not appeared to date, and Plaintiff has obtained a Certificate of Default from the Clerk of Court. Accordingly, the initial conference is hereby adjourned *sine die*. Plaintiff shall file a motion for default judgment no later than June 27, 2025. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: June 12, 2025
     New York, New York

                           Ronnie Abrams
                           United States District Judge