UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL WEATHER PRODUCTIONS LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FUBU RADIO INC,<br><br>　　　　　Defendant. | Case No.: 1:25-cv-02777-RA |

**[PROPOSED] DEFAULT JUDGMENT**

Upon consideration of the motion for default judgment filed by the plaintiff, Global Weather Productions LLC ("*Plaintiff*") under Rule 55.2(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2; declaration of Plaintiff's counsel, Dina Nouhian, Esq., and exhibits attached thereto, the declaration of Michael Brandon Clement and exhibits attached thereto, the Memorandum of Law and the Statement of Damages filed concurrently therewith, and upon all prior papers and proceedings filed herein, it is hereby:

**ORDERED, ADJUDGED** and **DECREED** that:

1. Default judgment as to liability for copyright infringement under 17 U.S.C. § 501 be entered against defendant Fubu Radio Inc. ("Defendant");

2. Defendant is to pay the sum of $30,000.00 in statutory damages pursuant to 17 U.S.C. § 504(c) for direct copyright infringement;

3. Defendant is to pay $10,991.00 in attorneys' fees and $460.00 in costs pursuant to 17 U.S.C. § 505;

4. Defendant is to pay post-judgment interest pursuant to 28 U.S.C.A. § 1961; and

5. The Court shall retain jurisdiction over any matter pertaining to this judgment

New York, NY
Dated: _____

**SO ORDERED**

_____
Hon. Ronnie Abrams
United States District Judge