UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL WEATHER PRODUCTIONS LLC, | Case No: 1:25-cv-02777-RA |
| Plaintiff, | |
| v. | Hon. Ronnie Abrams |
| FUBU RADIO INC, | |
| Defendant. | |

**[PROPOSED] ORDER TO SHOW CAUSE
FOR DEFAULT JUDGMENT**

Upon reading the accompanying declaration of Plaintiff's counsel, Dina Nouhian, Esq., and exhibits attached thereto, the declaration of Michael Brandon Clement and exhibits attached thereto, the Memorandum of Law and the Statement of Damages filed in support thereof, and all other pleadings and proceedings heretofore had before this Court, it is hereby:

**ORDERED**, that the above-named Defendant shall SHOW CAUSE at a hearing before this Court at the United States Courthouse, Southern District of New York, 40 Foley Square, Courtroom 1506, New York, New York, before the Honorable Ronnie Abrams, United States District Judge on the ____, day of _____, 2025 at _____ o'clock in the forenoon of that day, or as soon thereafter as counsel may be heard, why an Order should not be issued pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure in favor of Plaintiff for the following relief:

1. Directing that a default judgment as to liability for copyright infringement under 17 U.S.C. § 501 be entered against Defendant;

2. Ordering Defendant to pay the sum of $30,000.00 in statutory damages under 17 U.S.C. § 504(c) for copyright infringement;

3. Ordering Defendant to pay the sum of $10,991.00 in attorneys' fees together with the sum of $460.00 in costs under 17 U.S.C. § 505;

4. Ordering Defendant to pay post-judgment interest under 28 U.S.C.A. § 1961;

5. Directing that the Court retain jurisdiction over any matter pertaining to this judgment; and

6. For such other and further relief that the Court deems just, equitable and proper.

**IT IS FURTHER ORDERED** that any opposition papers shall be filed with the Court and served on counsel for the Plaintiff on or before _____, 2025.

**IT IS FURTHER ORDERED** that, pursuant to Local Rule 55.2 and this Court's Individual Practices, service of a copy of this Order and annexed declarations, memorandum, papers and exhibits be served on Defendant at its last known address on or before _____, 20___, by _____ (method of delivery). Upon completion of service, Plaintiff shall promptly file a certificate of service and thereafter service of same shall be deemed good and proper.

Dated: _____                           **SO ORDERED.**

                                                    _____
                                                    Hon. Ronnie Abrams
                                                    United States District Judge