UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL WEATHER PRODUCTIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>FUBU RADIO INC.,<br>Defendant. | Case No: 1:25-cv-02777-RA |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2025, I caused to be served via electronic mail and USPS First-Class Mail a copy of the Plaintiff's Notice of Motion for Default Judgment, the Declaration of Dina Nouhian in Support with its underlying exhibits, the Declaration of Michael Brandon Clement in Support with its underlying exhibits, the Memorandum of Law in Support, the Statement of Damages, the Proposed Default Judgment, and the Proposed Order to Show Cause for Default Judgment, and the Order to Show Cause for Default Judgment [ECF Nos. 17-24] on the Defendant, Fubu Radio Inc., at the following addresses:

Fubu Radio Inc.
21 W 46th St
New York, New York 10036

Fubu Radio Inc.
C/O KEITH C. PERRIN JR.
100-05 92ND AVENUE #206
Richmond Hill New York 11418

Fubu Radio Inc.
C/O KEITH C. PERRIN JR
301 Constitution Ave APT 242
Bayonne, New Jersey, 07002-5096, United States

Email: info@fuburadio.com
kperrin@fuburadio.com
keithperrin1@gmail.com

By: */s Laura Costigan*
Laura Costigan