UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLOBAL WEATHER PRODUCTIONS LLC,

                Plaintiff,

        v.

FUBU RADIO INC.,

                Defendant.

25-CV-2777 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    Plaintiff Global Weather Productions LLC filed this action on April 3, 2025. Defendant was served on April 16, 2025 but never answered or appeared. Plaintiff then obtained a Certificate of Default on June 2, 2025 and subsequently moved for Default Judgment on June 25, 2025. On August 22, 2025, both parties appeared at a show cause hearing as to why a Default Judgment should not be entered in favor of Plaintiff.

    The hearing has been adjourned to allow Defendant time to obtain counsel given that corporate defendants are not permitted to appear *pro se* in federal court. *See Grace v. Bank Leumi Trust Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) ("It is well-settled that a corporation may appear in the federal courts only through licensed counsel.") (quotation marks and citations omitted). Accordingly, the parties shall appear for a telephone conference on October 3, 2025 at 10:30 a.m. (Call-in Number: (855) 244-8681; Meeting ID: 2305 542 4735).

    Plaintiff shall, by August 29, 2025, serve this Order on Defendant. If Defendant intends to submit any papers responsive to Plaintiff's motion, it shall do so by September 19, 2025. Plaintiff may file any reply papers by September 26, 2025.

    If the parties seek a referral to a magistrate judge or mediation for settlement, they shall so advise the Court.

As discussed at the hearing, Plaintiff's counsel, Dina Nouhian, can be reached at dnouhian@sanderslaw.group and Defendant's Chief Executive Officer, Keith Perrin, can be reached at: kperrin@fuburadio.com.

SO ORDERED.

Dated:   August 22, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge