UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL WEATHER PRODUCTIONS LLC,<br><br>       Plaintiff,<br><br>    v.<br><br>FUBU RADIO INC.,<br><br>       Defendant. | 25-CV-2777 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  Plaintiff Global Weather Productions LLC filed this action on April 3, 2025. Defendant Fubu Radio, Inc. was served on April 16, 2025, *see* Dkt. No. 8, but never answered or appeared. Plaintiff then obtained a Certificate of Default on June 2, 2025, *see* Dkt. No. 12, and subsequently moved for default judgment on June 25, 2025. *See* Dkt. No. 17. On August 22, 2025, the Court held a show cause hearing as to why a default judgment should not be entered in favor of Plaintiff. During that hearing, Defendant's Chief Executive Officer appeared, unrepresented by counsel. The Court gave Defendant an opportunity to obtain counsel and file any responsive papers by September 19, 2025, but it did not do so. *See* Dkt. No. 26. The Court held another order to show cause hearing on October 3, 2025 at which it directed Plaintiff to submit supplemental briefing in support of its Motion for Default Judgment, as discussed below.

  IT IS HEREBY ORDERED that, no later than October 20, 2025, Plaintiff shall file a letter addressing: (1) whether Defendant is entitled to the fair use defense, *see e.g.*, *McGucken v. Newsweek LLC*, 464 F. Supp. 3d 594, 603 (S.D.N.Y. 2020), and (2) given that Plaintiff's video was published on YouTube prior to the alleged infringement, whether Defendant had a valid sublicense to share Plaintiff's video given that YouTube's terms and conditions grant a sub-license

to users. *See e.g.*, *Richardson v. Townsquare Media, Inc.*, No. 24 Civ. 4217, 2025 WL 89191, at *2 (S.D.N.Y. Jan. 14, 2025). Defendant shall file any responsive papers by November 3, 2025.

IT IS FURTHER ORDERED that Plaintiff shall, by October 10, 2025, serve this Order on Defendant. The Court will hold another hearing on November 6, 2025 at 11:30 a.m. Unless the parties request otherwise, the Court will hold this conference by telephone. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (855) 244-8681; Meeting ID: 23055424735.

SO ORDERED.

Dated:   October 6, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge