UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Global Weather Productions LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>Fubu Radio Inc.,<br>    Defendant. | Case No: 1:25-cv-02777-RA |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2025, I caused to be served via USPS First Class Mail and electronic mail a copy of the Court's October 6, 2025, Order on the Defendant, Fubu Radio Inc. at the following addresses:

Fubu Radio Inc.
21 W 46th St
New York, New York 10036

Fubu Radio Inc.
C/O KEITH C. PERRIN JR.
100-05 92ND AVENUE #206
Richmond Hill New York 11418

Fubu Radio Inc.
C/O KEITH C. PERRIN JR
301 Constitution Ave APT 242
Bayonne, New Jersey, 07002-5096, United States

Email: kperrin@fuburadio.com

By: */s Serena Onbasi*
Serena Onbasi