UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL WEATHER PRODUCTIONS LLC, <br><br>                          Plaintiff, <br><br>         v. <br><br> FUBU RADIO INC., <br><br>                          Defendant. | 25-CV-2777 (RA) <br><br> <u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

On October 6, 2025, in furtherance of its motion for default judgment, the Court ordered Plaintiff to file supplemental briefing, *see* Dkt. No. 28, which Plaintiff did on October 20, 2025. *See* Dkt. No. 30.

IT IS HEREBY ORDERED that no later than October 31, 2025, Plaintiff shall serve Dkt. No. 30 on Defendant pursuant to Fed. R. Civ. P. 4, as well as by any known email address or to any known physical address, and shall file proof of service on the docket.

SO ORDERED.

Dated:     October 29, 2025
             New York, New York

                                                                            Ronnie Abrams
                                                                          United States District Judge