**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
GLOBAL WEATHER PRODUCTIONS LLC,

        Plaintiff,

                              25 **CIVIL** 2777 (RA)

      -against-                    **DEFAULT JUDGMENT**

FUBU RADIO INC.,

        Defendant.
----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Opinion and Order dated February 3, 2026, Plaintiff's motion for a default judgment is granted in the amount of $4,507.5; accordingly, judgment is entered in favor of Plaintiff Global Weather against Defendant Fubu, awarding Global Weather statutory damages pursuant to 15 U.S.C. § 504(c) in the amount of $750; attorney's fees in the amount of $3,297.5; costs in the amount of $460; and no pre-judgment interest, for a total of $4,507.5; accordingly,   the case is closed.

**DATED**: New York, New York
        February 4, 2026

                                 **TAMMI M. HELLWIG**
                                    _____
                                     **Clerk of Court**

                        **BY:** *Nesam Dulal*
                            **Deputy Clerk**