UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLOBAL WEATHER PRODUCTIONS
LLC,

                Plaintiff,

        v.

FUBU RADIO INC.,

              Defendant.

25-CV-2777 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On February 3, 2026, the Court entered an Opinion and Order, Dkt. No. 34, granting Plaintiff's

motion for default judgment.

Plaintiff shall serve a copy of that Opinion and Order on Defendants by February 20, 2026 and

promptly file proof of such service on the docket.

SO ORDERED.

Dated:    February 17, 2026
          New York, New York

                            Ronnie Abrams
                            United States District Judge